UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.:

DANIEL D'APUZZO,
And others similarly situated,

      Plaintiff(s),

vs.

ATLANTIC HOTEL GROUP ASSETS,
LLC,

      Defendant(s).

                                  /

## **NOTICE OF REMOVAL OF CIVIL ACTION**

Pursuant to 28 U.S.C. § 1446, Defendant, Atlantic Hotel Group Assets, LLC ("Atlantic"),

hereby invokes the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1441, and states the

following grounds for removal of this case from the Circuit Court in and for Broward County,

Florida to the United States District Court for the Southern District of Florida:

### REMOVAL JURISDICTION

1.     This Court has original jurisdiction over this action because it involves a claim

alleging violation of federal law.

### TIMELINESS OF REMOVAL

2.     On March 30, 2017, Plaintiff, Daniel D'Apuzzo ("Plaintiff") commenced a civil

action against Atlantic, by filing a Complaint in the Circuit Court of the Seventeenth Judicial

Circuit in and for Broward County, Florida, Case No. CACE-17-006193. A true and correct copy

of the Complaint is within the state court file, a true and correct copy of which is filed herewith as

**Exhibit A**.

3.    The Summons and Complaint were served on Atlantic on April 6, 2017.

4.    Atlantic has not served any answer or responsive pleading to Plaintiff's Complaint or made any appearance or argument before the Circuit Court in this matter.

5.    This Notice is filed with this Court within thirty (30) days after Atlantic was served with process. This Notice is filed before any proceedings were had thereupon in the Circuit Court. This removal is timely pursuant to 28 U.S.C. § 1446(b).

6.    In accordance with 28 U.S.C. § 1446(a), true and correct copies of all additional court filings in this matter are attached hereto as **Exhibit B**: (a) Civil Cover Sheet; and (b) Summons issued to the Atlantic Hotel Group Assets, LLC.

7.    A removal is not proper unless "all defendants who have been properly joined and served…consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). Atlantic is the only named defendant in this action.

8.    Pursuant to 28 U.S.C. § 1446(d), Atlantic will provide promptly written notice of the removal to all adverse parties in this action.

## FEDERAL QUESTION JURISDICTION

9.    It affirmatively appears from the allegations of the Complaint filed by Plaintiff, that this Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 (Federal Question) because Plaintiff alleges violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq., 215(a)(3). See Complaint, Count 1 (Federal Wage & Hour Federal Statutory Violation) and Count 2 (FLSA Retaliation Violation).  The Complaint also alleges related common law causes of action for breach of oral agreement (Count 3), unjust enrichment (Count 4), and quantum meruit (Count 5).  See also ¶s 40, 48, 50, and 52.

10.    Removal of this action to this Court is proper pursuant to 28 U.S.C. §§ 1441.

## VENUE

11.     Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

12.     Atlantic submits this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

13.     Contemporaneously with this filing, Atlantic is also filing a Notification of Removal with the Clerk of the Court for the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, as required by 28 U.S.C. § 1446(d). A true and accurate copy of the Notification of Removal is attached as **Exhibit C**.

WHEREFORE, Defendant respectfully requests this action be removed from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, to this Court.

> JONES FOSTER JOHNSTON & STUBBS
> Michael J. Gore, Esq.
> Florida Bar No. 0071886
> mgore@jonesfoster.com
> 505 South Flagler Drive, Suite 1100
> West Palm Beach, Florida 33401
> Phone: 561-659-3000
>
> By: /s/ Michael J. Gore
>       Michael J. Gore, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> /s/ Michael J. Gore
> Michael J. Gore
> Florida Bar No. 0071886

D'Apuzzo v. Atlantic Hotel Group Assets, LLC
Case No.

**Service List**

Brody M. Shulman, Esq.
Email: bshulman@rgpattorneys.com
Remer & Georges-Pierre, PLLC,
44 W. Flagler Street, Suite 2200
Miami, FL  33130